THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ROOSEVELT CAYMAN ASSET COMPANY II,**<br><br>Plaintiff,<br><br>v.<br><br>**CEFERINO TORRES-CORTES,** *et al.*<br><br>Defendants. | Civil No. 15-2500 (ADC) |

**OPINION AND ORDER**

The motion in compliance and for entry of judgment pursuant to the Stipulation, Settlement and Release Agreement at **ECF Nos. 60, 60-1** are **NOTED and GRANTED**. As requested by the parties, the Court retains jurisdiction to enforce the terms and conditions of the Stipulation, Settlement and Release Agreement at **ECF No. 60-1**.

Judgment dismissing the case without prejudice pursuant to the Stipulation, Settlement and Release Agreement at **ECF No. 60-1** at 8 shall be entered by the Clerk of Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

**SO ORDERED**.

At San Juan, Puerto Rico, on this 17th day of January 2023.

S/AIDA M. DELGADO-COLÓN
**United States District Judge**
